# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Phillip Lucachick

Case No. Civil 00-2404MJD/JGL

v.

**JUDGMENT IN A CIVIL CASE**

NDS Americas, Inc.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendant's motion to dismiss is granted.

DATE: May 2, 2001

FRANCIS E. DOSAL, CLERK

Denise La Fond, Deputy Clerk